UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN BETANCOURT,

Plaintiff,

-vs-  Case No. 6:04-cv-1207-Orl-18JGG

CLASSIC STUDIOS, INC., DIAN DULL,
KERRY DULL,

Defendants.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment Against Classic Studios, Inc. and Dian Dull (Doc. 18). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

It is **SO ORDERED** in Orlando, Florida, this ____ day of July, 2005.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge